No. 103. R. H. MACY & Co., INC. *v.* DESIMONE. October 10, 1932. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Second Circuit denied. *Messrs. H. Dorsey Spencer* and *Cyril A. Soans* for petitioner. *Mr. Walter W. Burns* for respondent.